■ Fahd A. Ali, Respondent, v Weichert Realtors, Appellant. [944 NYS2d 713]—Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), entered March 15, 2011. The order affirmed an amended judgment of the Utica City Court (Albert A. Alteri, J.H.O.), entered July 30, 2010 in favor of plaintiff.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.